Glenn R. Kantor - SBN 122643
E-mail: gkantor@kantorlaw.net
Alan E. Kassan - SBN 113864
Email: akassan@kantorlaw.net
Brent Dorian Brehm - SBN 248983
E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Nicholas Kozma

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS KOZMA,

    Plaintiff,

vs.

UNITED OF OMAHA LIFE INSURANCE COMPANY;

    Defendant.

Case No.: 2:16-cv-05746-AFM

**ORDER DISMISSING ACTION, WITH PREJUDICE**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: 6/13/2017

*[signature]*

Alexander F. MacKinnon
U. S. Magistrate Judge